**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                                         **PLAINTIFF**

**v.**                                        **CASE NO. 3:26-CV-00081-BSM**

**GARLAND COUNTY, ARKANSAS**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE